```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for the
    United States of America
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case. No. 1:11-cr-00102 OWW |
|---|---|---|
| Plaintiff, | ) | **THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |
| v. | ) | Fed. R. Crim. Proc. 48(a) |
| MICHAEL K. KOEPSEL, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against MICHAEL K. KOEPSEL, without prejudice and in the interest of justice.

                                                        Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

Dated: March 17, 2011        By:  /s/ Brian W. Enos
                                                    BRIAN W. ENOS
                                                    Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against MICHAEL K. KOEPSEL be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 18, 2011**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE